**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLIN**
**CHARLOTTE DIVISION**

**NOTICE OF HEARING**

**United States of America**

**v.**                                    **CASE NO.  3:25-cr-00148-KDB**

**Cameron Curry**

_____

Type of Case:           ☐ Civil           ☒ Criminal

_____

☒ TAKE NOTICE that a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| **U.S. Courthouse** | **Courtroom:** **#4B** |
| **Charles R. Jonas Federal Building** | **Presider:** **Kenneth D. Bell** |
| **401 West Trade Street** | **Date:** **August 13, 2026** |
| **Charlotte, NC 28202** | **Time:** **10:40 AM** |

_____

TYPE OF PROCEEDING: **SENTENCING**

Katherine Hord Simon, Clerk
United States District Court

Dated: June 25, 2026

Copies to:  Chief Deputy Clerk
          Court Reporters
          USAO
          USMS
          USPO